IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01992-WYD-CBS

JOSEPH WORCESTER,

     Plaintiff(s),

v.

W. PAUL GESNER, M.D.;
ARTHUR C. ROBERT, M.D.; and
ANDREW INGRAM, M.D.,

     Defendant(s).

---

**ORDER**

---

THIS MATTER is before the Court on Plaintiff Joe Worcester and Defendant Andrew Ingram's Stipulation for Dismissal with Prejudice as to Defendant Andrew Ingram Only (filed November 16, 2006).  The Stipulation seeks a dismissal of the cause of action against Defendant Andrew Ingram, M.D.  After a careful review of the Stipulation and the file, I conclude that the Stipulation should be approved and the cause of action against Andrew Ingram should be dismissed with prejudice.  The caption should be revised to reflect the same.

ORDERED that the Stipulation for Dismissal with Prejudice as to Andrew Ingram Only is **APPROVED** and the cause of action against Defendant Ingram is **DISMISSED WITH PREJUDICE**, with the parties to pay their own attorney fees and costs.

Dated:  November 27, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge